IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | No. CIV S-10-2388-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition is unclear, but appears to be challenging some citation issued in the city of Buena Park, California, which is located in Orange County. 28 U.S.C § 2241(d) provides courts in both the district of conviction and the district of confinement[1] with concurrent jurisdiction over habeas corpus applications. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). Because any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Orange County, which is

---

[1] It does not appear that petitioner is currently incarcerated or is challenging a conviction. However, it appears he resides in Fullerton, California, which is also located in Orange County.

1

1  within the boundaries of the United States District Court for the Central District of California,
2  this matter should be transferred to that court.  See id. at 499 n.15.
3  　　　　　Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
4  United States District Court for the Central District of California.

6  　DATED:  January 24, 2011

7  　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
8  　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE